IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-04053-01-CR-C-NKL |
| ) | |
| **SHAKIR HAMOODI**, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pending before the Court is Defendant's Motion for Reconsideration [Doc. # 28]. After careful consideration, it is hereby

ORDERED that Defendant's Motion for Reconsideration [Doc. # 28] is DENIED. The Court did not misunderstand the facts at sentencing and did not commit any error that would permit it to reconsider its sentence.

                                                        s/ Nanette K. Laughrey
                                                        NANETTE K. LAUGHREY
                                                        United States District Judge

Dated: June 20, 2012
Jefferson City, Missouri